AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America  )
v.  )
Rick Dowden  )  Case No: 2:08CR00015-006
 )  USM No: 09130-028
Date of Original Judgment: 03/26/2010  )
Date of Previous Amended Judgment:  )  Sara J. Varner
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 240 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/26/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/12/16

*Judge's signature*

Effective Date: _____   Honorable William T. Lawrence, U.S. District Court Judge
*(if different from order date)*   *Printed name and title*